UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
TIMOTHY BARKER,                                                        :
:
                              Plaintiff,        :
:        24 Civ. 7189 (JPC)
         -v-                                                          :
:              ORDER
THE BANK OF NEW YORK MELLON CORP.,                                     :
:
                            Defendant.     :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Initial Pretrial Conference currently scheduled for December 10, 2024, is adjourned until further notice, pending the completion of the mediation process. No later than seven days following the conclusion of mediation, the parties shall file a joint status letter updating the Court as to the status of the settlement negotiations.

      SO ORDERED.

Dated: December 4, 2024
       New York, New York
                                                            JOHN P. CRONAN
                                                            United States District Judge