UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                      :
TIMOTHY BARKER,                                                       :
                                                                      :
                              Plaintiff,                              :
                                                                      :          24 Civ. 7189 (JPC)
              -v-                                                     :
                                                                      :              ORDER
THE BANK OF NEW YORK MELLON CORP.,                                    :
                                                                      :
                              Defendant.                              :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        Mindful of both the April 15, 2026 deadline for the close of discovery, *see* Dkt. 37, and this

Court's previously indicated intent "to resolve the parties' respective anticipated [discovery]

motions together, rather than piecemeal," Dkt. 39, the parties shall jointly file a status letter by

March 20, 2026 indicating whether they currently anticipate filing any further discovery motions

or a motion to extend the discovery deadline.

        SO ORDERED.

Dated: March 16, 2026
        New York, New York                                _____
                                                                 JOHN P. CRONAN
                                                            United States District Judge