

April 21, 2026

**<u>Via ECF</u>**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007-1312

  *Re: Timothy Barker v. The Bank of New York Mellon Corp.,* 24 CV 7189 (JPC)

Dear Judge Cronan:

  We represent Plaintiff Timothy Barker ("Plaintiff" or "Mr. Barker"). Pursuant to the Court's April 21, 2026 Order granting Plaintiff's Letter-Motion to file an inadvertently omitted exhibit (ECF No. 62), enclosed is a copy of Exhibit A to Plaintiff's Letter-Reply, dated April 10, 2026. (ECF No. 58).  We apologize again for the inconvenience.

  The Court's considerations are appreciated.

        Respectfully submitted,

        OUTTEN & GOLDEN LLP

        <u>/s/ Amy F. Shulman</u>
        Amy F. Shulman

Encl.